UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                      No. C 14-1838 SI (pr)

LILLIAN SMITH,                                                    **ORDER OF DISMISSAL**

        Plaintiff.

_____/

      Plaintiff sent to the court a letter complaining about her prison conditions. In an effort to protect her rights, a new action was opened and the letter was filed on April 22, 2014. Plaintiff was informed that she had not filed a complaint, and was given 28 days to do so or the action would be dismissed. She also was sent a notice that she had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

      IT IS SO ORDERED.

Dated: June 4, 2014                                                    _____
                                                               SUSAN ILLSTON
                                                              United States District Judge