UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                          No. C 14-1838 SI (pr)

LILLIAN SMITH,                                        **JUDGMENT**

      Plaintiff.
_____/

      This action is dismissed without prejudice for failure to file a pleading showing the court has subject matter jurisdiction.

      IT IS SO ORDERED AND ADJUDGED.

Dated: June 4, 2014                                    _____
                                                         SUSAN ILLSTON
                                                     United States District Judge